**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CHRISTOPHER PEGUERO,

                                        Plaintiff,                          **20-CV-4518 (LAK)(VF)**

                       -against-                                            **ORDER**

CITY OF NEW YORK AND
CORRECTIONS OFFICER JOHN DOE,
Badge #1583
                                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The stay of all proceedings in this case, which had been jointly requested pending the

conclusion of the Department of Correction's investigation (ECF No. 9), is hereby lifted. In its

April 14, 2022 letter (ECF No. 30), the City indicated that the investigation was about to

conclude. The City has since filed an answer (ECF No. 32). As such, the reasons necessitating the

stay no longer apply.

        **SO ORDERED.**

DATED:        New York, New York
              June 15, 2022

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge