UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER PEGUERO,

                                                 **Plaintiff,**                       **20-CV-04518 (LAK)(VF)**

           -against-                                          **ORDER**

CITY OF NEW YORK et al,

                                             **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are ordered to file a joint letter informing the Court about the status of this case. The joint letter shall be filed with the Court by **Tuesday, August 30, 2022.**

**SO ORDERED.**

DATED:       New York, New York
                  July 19, 2022

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022