UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRISTOPHER PEGUERO,

                                Plaintiff,                    20-CV-04518 (LAK)(VF)

      -against-                                          **ORDER**

CITY OF NEW YORK et al,

                                Defendant(s).

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On November 14, 2022, the Court *sua sponte* extended the time for Defendant Correction Officer Halil Cukaj to answer or otherwise respond to the Complaint. See ECF No. 52. The request for an extension of time was made by Defendant The City of New York, through its counsel, because the City Law Department had determined that it would not represent Officer Cukaj and Cukaj needed more time to secure his own legal representation. Id. The deadline for Defendant Cukaj to response to the Complaint, December 11, 2022, has now passed, and Cukaj has not answered or otherwise appeared in this case.

      The Court directs Defendant Cukaj to update the Court, by **January 4, 2023**, on whether he needs additional time to secure legal representation. If Defendant Cukaj has already secured legal representation or plans to proceed *pro se*, he is directed to answer or otherwise respond to the Complaint by **January 13, 2023**.

**SO ORDERED.**

DATED:      New York, New York
                  December 13, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge