UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER PEGUERO,

                                        Plaintiff,

                -against-                                      20-cv-4518 (LAK)(VF)

CITY OF NEW YORK, et al.,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-17-2023

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          The Court has been informed that the parties have reached a settlement agreement.
Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by
serving and filing a notice to that effect on or before Monday, April 17, 2023, if the settlement has
not been executed or consummated by that date.

          SO ORDERED.

Dated:          March 17, 2023

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge